UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RICHARD COUSIN AND BECKY COUSIN
BOTH INDIVIDUALLY AND ON BEHALF
OF THEIR MINOR CHILDREN, NICHOLAS
COUSIN AND ALEX COUSIN

VERSUS

RIVER WEST, L.P. D/B/A RIVER WEST
MEDIAL CENTER

CIVIL ACTION

NO.: 07-CV-00576 –BAJ-RLB

## JUDGMENT

A bench trial having been held in this matter on March 25, 2013, Chief Judge Brian A. Jackson, presiding, and in accordance with the Court's Memorandum Ruling dated May 21, 2013 (doc. 59) and the Court's Ruling and Order dated June 25, 2013 (doc. 61);

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered herein in favor of plaintiffs, Richard Cousin and Becky Cousin Both Individually and on Behalf of Their Minor Children, Nicholas Cousin and Alex Cousin, and against defendant, River West, L.P. d/b/a River West Medical Center, in the amount of $509,705.54, with interest to accrue at the federal post-judgment rate as to all amounts awarded exclusive of pre-judgment interest until paid.

Baton Rouge, Louisiana, June 25, 2013.

*[signature]*

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA